# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **Bankruptcy No. 18-70395-JAD** |
| Wesley J. McKeel and | : | |
| Jessica M. McKeel, | : | **Chapter 13** |
| Debtors | : | |
| | : | **Docket No. 30** |
| Wesley J. McKeel and | : | |
| Jessica M. McKeel, | : | **Hearing Date & Time: November 2, 2018** |
| Movants | : | 10:00 AM |
| | : | |
| vs. | : | |
| | : | |
| Holiday Financial Services, | : | |
| Respondent | : | |
| | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO AVOID NONPOSSESSORY NONPURCHASE MONEY SECURITY INTEREST

I, Jessica L. Tighe, Legal Assitant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 26th day of September, 2018, no answer, objection, or other responsive pleading to the Motion to Avoid Nonpossessory Nonpurchase Money Security Interest filed on September 7, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Avoid Nonpossessory Nonpurchase Money Security Interest appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Avoid Nonpossessory Nonpurchase Money Security Interest were to be filed and served no later than September 25, 2018.

It is hereby respectfully requested that the Order attached to the Motion to Avoid Nonpossessory Nonpurchase Money Security Interest be entered by the Court.

Date: <u>September 26, 2018</u>     <u>/s/ Kenneth P. Seitz, Esquire</u>
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P.O. Box 211, Ligonier, PA 15658
(814) 536-7470
Attorney for Debtors