IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **DEFAULT O/E JAD** |
| Wesley J. McKeel and | : | |
| Jessica M. McKeel, | : | Bankruptcy No. 18-70395-JAD |
| Debtors | : | |
| | : | Chapter 13 |
| Wesley J. McKeel and | : | |
| Jessica M. McKeel, | : | Docket No. |
| Movants | : | |
| | : | Related to Docket No. 28 |
| vs. | : | 10:00 AM |
| | : | Hearing Date & Time: November 2, 2018 |
| Holiday Financial Services, | : | |
| Respondent | : | |

### ORDER AVOIDING NONPOSSESSORY, NONPURCHASE MONEY SECURITY INTEREST

AND NOW, this __27th__ day of __September__, 208, upon he Motion To Avoid a Nonpossessory, Nonpurchase Money Security interest of the Debtor, it is hereby ORDERED and DECREED as follows:

1. The nonpossessory, nonpurchase money security interest of Holiday Financial Services on the Debtors' household and personal goods be, and hereby is, declared null and void.

2. The claim, claim number 5, if any, of Holiday Financial Services is to be treated as a general unsecured claim.

BY THE COURT:

_____
Hon. Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Kenneth P. Seitz, Esquire

FILED
9/27/18 7:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Wesley J McKeel  
Jessica M McKeel  
      Debtors

Case No. 18-70395-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: gamr     Page 1 of 1     Date Rcvd: Sep 27, 2018  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.  
db/jdb       +Wesley J McKeel,    Jessica M McKeel,    701 Bloom Avenue,    Nanty Glo, PA 15943-1005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2018 at the address(es) listed below:  
        James    Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com  
        Kenneth P. Seitz    on behalf of Joint Debtor Jessica M McKeel thedebterasers@aol.com  
        Kenneth P. Seitz    on behalf of Debtor Wesley J McKeel thedebterasers@aol.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                                                  TOTAL: 5