# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 18-70395-JAD
**Wesley J. McKeel and** :
**Jessica M. McKeel,** : Chapter 13
        **Debtors** :
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 18th day of December, 2018, a true and correct copy of the Order dated December 17, 2018, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

    HEATING WORLD
    6590 ADMIRAL PEARY HIGHWAY
    LORETTO, PA 15940

    WESLEY J. MCKEEL
    JESSICA M. MCKEEL
    701 BLOOM AVENUE
    NANTY GLO, PA 15943

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>December 18, 2018</u>

        Respectfully submitted,
        <u>   /s/Kenneth P. Seitz, Esquire   </u>
        Kenneth P. Seitz, Esquire
        PA I.D. # 81666
        The Law Offices of Kenny P. Seitz
        P. O. Box 211
        Ligonier, PA  15658
        (814) 536-7470
        Attorney for Debtors