IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Wesley J. McKeel and<br>Jessica M. McKeel,<br>　　　　　　Debtors | Bankruptcy No. 18-70395-JAD<br><br>Chapter 13 |
| Wesley J. McKeel,<br>　　　　　　Movant | Related To Doc. No. 45 |
| vs. | |
| Heating World<br>6590 Admiral Peary Highway<br>Loretto, PA 15940<br>　　　　　　Respondent<br>and | Filed Under Local Bankruptcy<br>Rule 9013.4 Para. 6(c) |
| Ronda J. Winnecour, Esquire,<br>Chapter 13 Trustee,<br>　　　　　　Additional Respondent | |
| Social Security No. xxx-xx-6466 | |

## ORDER TERMINATING PAYROLL DEDUCTION

Upon representation of the above-named Debtor, having filed a Chapter 13 Petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS THEREFORE, ORDERED that the wage attachment currently in place with the Heating World, 6590 Admiral Peary Highway, Loretto, PA 15940 is terminated.

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed to upon application to and Order of this Court.

DATED this 16th day of August, 2019.

　　　　　　　　　　　　　　　　　　　Jeffery A. Deller　　　　　mas
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
　Wesley J. and Jessica M. McKeel
　Kenneth P. Seitz, Esquire
　Heating World
　Ronda J. Winnecour, Esquire
　Office of United States Trustee

FILED
8/16/19 10:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Wesley J McKeel  
Jessica M McKeel  
     Debtors

Case No. 18-70395-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: msch     Page 1 of 1     Date Rcvd: Aug 16, 2019  
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2019.
db/jdb        +Wesley J McKeel,    Jessica M McKeel,    701 Bloom Avenue,    Nanty Glo, PA 15943-1005
              +Heating World,    Attn: Payroll Manager,    6590 Admiral Peary Highway,    Loretto, PA 15940-6400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2019 at the address(es) listed below:
       James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
       James Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
       Kenneth P. Seitz    on behalf of Joint Debtor Jessica M McKeel thedebterasers@aol.com
       Kenneth P. Seitz    on behalf of Debtor Wesley J McKeel thedebterasers@aol.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                       TOTAL: 6