## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-70395-JAD |
| Wesley J. McKeel and | : | |
| Jessica M. McKeel, | : | Chapter 13 |
| Debtors | : | |
| | : | |

## CERTIFICATE OF SERVICE OF AMENDED
## CHAPTER 13 PLAN DATED AUGUST 16, 2019

I, Kenneth P. Seitz, Esquire for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 19th day of August, 2019, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan with attached Amended Chapter 13 Plan dated August 16, 2019, along with a copy of the Order dated August 16, 2019, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: August 19, 2019

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

_____
*Parties served by the court electronically were not served by regular mail.

Label Matrix for local noticing
0315-7
Case 18-70395-JAD
WESTERN DISTRICT OF PENNSYLVANIA
Johnstown
Tue Aug 13 10:15:48 EDT 2019

U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

AT&T Mobility II LLC
%AT&T SERVICES INC.
KAREN A. CAVAGNARO PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ. 07921-2693

Aaron's Sales & Lease
Attn: Bankruptcy
Po Box 100039
Kennesaw, GA 30156-9239

Afni
Attn: Bankruptcy
Po Box 3097
Bloomington, IL 61702-3097

Ally Financial
PO Box 130424
Roseville MN 55113-0004

CNAC
Attn: Bankruptcy Dept.
12802 Hamilton Crossing Blvd.
Carmel, IN 46032-5424

CNAC Finance Co.
7550 Leavitt Road
Amherst, OH 44001-2702

Capital One / Yamaha
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Comcast Cable
1 Comcast Center
Philadelphia, PA 19103-2899

Credit Management Company
Attn: Bankruptcy
2121 Noblestown Rd
Pittsburgh, PA 15205-3956

Fingerhut
Bankruptcy Dept
6250 Ridgewood Rd
Saint Cloud, MN 56303-0820

First Premier Bank
Po Box 5524
Sioux Falls, SD 57117-5524

FlexShopper, LLC
2700 N. Military Trail Suite 200
Boca Raton, FL 33431-6394

Holiday Financial Serv
300 Walmart Dr Ste 150
Ebensburg, PA 15931-4214

Holiday Financial Services
300 Walmart Drive Suite 150
Ebensburg, PA 15931-4214

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jefferson Capital Systems, LLC
Po Box 1999
Saint Cloud, MN 56302

NPRTO North-East, LLC
256 West Data Drive
Draper, UT 84020-2315

Nationstar Mortgage LLC d/b/a Mr. Cooper
P.O. Box 619094
Dallas, TX 75261-9094

ONEMAIN
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

OneMain Financial
Attn: Bankruptcy
601 Nw 2nd Street
Evansville, IN 47708-1013

Pacific Union Financial
1603 LBJ Freeway, Suite 500
Dallas, TX 75234-6071

Pacific Union Financial, LLC
1603 LBJ Freeway Suite 500
Farmers Branch, TX 75234-6071

Penelec
C/O FirstEnergy/Penelec
101 Crawford's Corner Rd
Bldg #1 Suite 1-511
Holmdel, NJ 07733-1976

Penelec
P.O. Box 3687
Akron, OH 44309-3687

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Progressive Leasing
256 West Data Drive
Draper, UT 84020-2315

Jessica M McKeel
701 Bloom Avenue
Nanty Glo, PA 15943-1005

| | | |
|---|---|---|
| Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Wesley J McKeel<br>701 Bloom Avenue<br>Nanty Glo, PA 15943-1005 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Nationstar Mortgage LLC d/b/a Mr. Cooper | (u)Pacific Union Financial, LLC | (d)FlexShopper, LLC<br>2700 N. Military Trail, Suite 200<br>Boca Raton, FL 33431-6394 |

End of Label Matrix
Mailable recipients    32
Bypassed recipients     3
Total                  35