# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    : Case No. 18-70395-JAD
**Wesley J. McKeel and**                            :
**Jessica M. McKeel,**                              : Chapter 13
        **Debtors**    :
                                                    :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 19th day of August, 2019, a true and correct copy of the Order dated August 16, 2019, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

> HEATING WORLD
> 6590 ADMIRAL PEARY HIGHWAY
> LORETTO, PA 15940
>
> WESLEY J. MCKEEL
> JESSICA M. MCKEEL
> 701 BLOOM AVENUE
> NANTY GLO, PA 15943

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: August 19, 2019

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470