WWR # 040454288

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| Wesley J McKeel ) | |
| Jessica M McKeel ) | |
| ) | Bankruptcy No. 18-70395-JAD |
| Debtors ) | |
| ) | Chapter 13 |
| BYRIDER FINANCE, LLC DBA CNAC ) | |
| ) | Related to Doc No 59 |
| Movant ) | |
| ) | |
| v. ) | |
| Wesley J McKeel ) | |
| Jessica M McKeel ) | |
| Ronda J. Winnecour, TRUSTEE ) | |
| Respondents ) | |

**CERTIFICATE OF SERVICE OF DEFAULT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

I, Brian Langford, certify under penalty of perjury that I served the above captioned Default Order on the parties at the addresses below, on 9/24/2019. The type of service was by First Class mail.

Debtor:
Wesley J McKeel 701 Bloom Avenue Nanty Glo, PA 15943

Jessica M McKeel 701 Bloom Avenue Nanty Glo, PA 15943

Debtor's Counsel:
Kenneth P. Seitz P.O. Box 211 Ligonier, PA 15658

Trustee:
Ronda J. Winnecour Suite 3250, USX Tower 600 Grant Street Pittsburgh, PA 15219

United States Trustee
Liberty Center. 1001 Liberty Avenue, Suite 970 Pittsburgh, PA 15222

EXECUTED ON: 9/24/2019

By: /s/ Brian Langford
Brian Langford PA I.D. #324884
Weltman, Weinberg & Reis Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
(412) 338-7102
blangford@weltman.com