# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    : Case No. 18-70395-JAD
**Wesley J. McKeel** and                            :
**Jessica M. McKeel,**                              : Chapter 13
       Debtors   :
                                                    :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 3rd day of October, 2019, a true and correct copy of the Order dated October 2, 2019, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

    ARMSTRONG HVAC PENNSYLVANIA, INC.
    1 ARMSTRONG PLACE
    BUTLER, PA 16001

    WESLEY J. MCKEEL
    JESSICA M. MCKEEL
    701 BLOOM AVENUE
    NANTY GLO, PA 15943

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: October 3, 2019

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470