FILED
4/13/20 4:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Wesley J. McKeel<br>Jessica M. McKeel<br><br>             Debtors<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br><br>             Movant<br><br>         vs.<br><br>Wesley J. McKeel<br>Jessica M. McKeel<br><br>             Respondents<br><br>Ronda J. Winnecour<br><br>             Trustee | Bankruptcy No. 18-70395-JAD<br><br>Chapter 13<br><br><br>Doc. No. 73<br><br>Related to Doc. No. 68 |

## ORDER

AND NOW, this <u>13th</u> day of <u>April</u>, 2020, upon consideration of the Motion To Continue Hearing filed by Nationstar Mortgage LLC d/b/a Mr. Cooper, and consented to by Debtors' Counsel, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**. The hearing on the Motion for Relief from the Automatic Stay scheduled for April 15, 2020, is hereby CANCELLED AND CONTINUED to **July 24, 2020**, at **11:00 AM** in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania.*

_____
Jeffery A. Deller
United States Bankruptcy Judge

mas

* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, PA or in Courtroom D in Pittsburgh, PA.

CASE ADMINISTRATOR SHALL SERVE:
    James C. Warmbrodt, Esquire
    Wesley J. and Jessica M. McKeel
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 18-70395-JAD
Wesley J McKeel                                                     Chapter 13
Jessica M McKeel
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: nsha                   Page 1 of 1                Date Rcvd: Apr 13, 2020
                              Form ID: pdf900              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2020.
db/jdb         +Wesley J McKeel,    Jessica M McKeel,    701 Bloom Avenue,    Nanty Glo, PA 15943-1005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2020 at the address(es) listed below:
              Garry Alan Masterson    on behalf of Creditor    Byrider Finance, LLC d/b/a CNAC pitecf@weltman.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Jessica M McKeel thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Wesley J McKeel thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7