## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| | |
| Wesley J. McKeel | Case No. 18-70395-JAD |
| Jessica M. McKeel | |
| Debtors | CHAPTER 13 |
| | |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER | Related to Doc. 68, 71 |
| Movant | |
| vs. | |
| | |
| Wesley J. McKeel | |
| Jessica M. McKeel | |
| Respondents | |
| | |
| Ronda J. Winnecour, | |
| Chapter 13 Trustee | |

### ORDER OF COURT

AND NOW, this _____ day of _____, 2020, counsel for the parties having

consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above

matter be and hereby is Denied as withdrawn.  The hearing in this matter scheduled for July 24,

2020 at 11:00 a.m. is cancelled.

BY THE COURT:

_____J.
U.S. Bankruptcy Judge

Consented to by:

***Kenneth P. Seitz, Esquire***
Kenneth P. Seitz, Esquire
Attorney for Debtors
P.O. Box 211
Ligonier, PA 15658
Phone: (814) 536-7470
thedebterasers@aol.com

***/s/ James C. Warmbrodt, Esquire***
James C. Warmbrodt, Esquire
Attorney for Movant
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
jwarmbrodt@kmllawgroup.com