FILED
7/22/20 6:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Wesley J. McKeel<br>Jessica M. McKeel<br>                        Debtors<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>                        Movant<br>    vs.<br><br>Wesley J. McKeel<br>Jessica M. McKeel<br>                        Respondents<br><br>Ronda J. Winnecour,<br>                        Chapter 13 Trustee | Bankruptcy No. 18-70395-JAD<br><br>Chapter 13<br><br>Related to Doc. Nos. 76, 68 |

## ORDER OF COURT

AND NOW, this <u>22nd</u> day of <u>July</u>, 2020, counsel for the parties having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above matter (Doc. No. 68) be and hereby is DENIED AS WITHDRAWN. The hearing in this matter scheduled for July 24, 2020 at 11:00 AM is CANCELLED.

                                                               BY THE COURT:

                                                                _____
                                                                Jeffery A. Deller
                                                                U.S. Bankruptcy Judge

Consented to by:

| | |
|---|---|
| **Kenneth P. Seitz, Esquire**<br>Kenneth P. Seitz, Esquire<br>Attorney for Debtors<br>P.O. Box 211<br>Ligonier, PA 15658<br>Phone: (814) 536-7470<br>thedebterasers@aol.com | **/s/ James C. Warmbrodt, Esquire**<br>James C. Warmbrodt, Esquire<br>Attorney for Movant<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000 Philadelphia, PA 19106<br>Phone: 215-627-1322<br>jwarmbrodt@kmllawgroup.com |

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 18-70395-JAD
Wesley J McKeel                                                 Chapter 13
Jessica M McKeel
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-7         User: nsha              Page 1 of 1             Date Rcvd: Jul 22, 2020
                             Form ID: pdf900        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2020.
db/jdb         +Wesley J McKeel,   Jessica M McKeel,   701 Bloom Avenue,   Nanty Glo, PA 15943-1005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
              Garry Alan Masterson    on behalf of Creditor    Byrider Finance, LLC d/b/a CNAC pitecf@weltman.com
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Jessica M McKeel thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Wesley J McKeel thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7