# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Wesley J. McKeel and
Jessica M. McKeel,
        Debtors

Case No. 18-70395-JAD

Chapter 13

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 16th day of June, 2022, a true and correct copy of the Order dated June 15, 2022, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

    ARMSTRONG HVAC PENNSYLVANIA, INC.
    1 ARMSTRONG PLACE
    BUTLER, PA 16001

    WESLEY J. MCKEEL
    JESSICA M. MCKEEL
    701 BLOOM AVENUE
    NANTY GLO, PA 15943

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: June 16, 2022

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470