**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　WESLEY J MCKEEL<br>　JESSICA M MCKEEL<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　WESLEY J MCKEEL<br>　JESSICA M MCKEEL<br><br>　　　Respondents | Case No. 18-70395JAD<br><br>FILED<br>8/3/23 10:53 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Chapter 13<br><br>Document No. 98 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 3rd day of August, 2023, it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　Armstrong Group Of Companies
　　　　Attn: Payroll Manager
　　　　1 Armstrong Place
　　　　Butler, PA 16001

is hereby ordered to immediately terminate the attachment of the wages of WESLEY J MCKEEL, social security number XXX-XX-6466. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of WESLEY J MCKEEL.

BY THE COURT:

/s/ jsf

UNITED STATES BANKRUPTCY JUDGE

Jeffery A. Deller

cc: Debtor(s)
　　Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70395-JAD |
| Wesley J McKeel | Chapter 13 |
| Jessica M McKeel | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 03, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wesley J McKeel, Jessica M McKeel, 701 Bloom Avenue, Nanty Glo, PA 15943-1005 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Pacific Union Financial  LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Garry Alan Masterson | on behalf of Creditor Byrider Finance  LLC d/b/a CNAC pitecf@weltman.com |
| Kenneth P. Seitz | on behalf of Debtor Wesley J McKeel thedebterasers@aol.com |
| Kenneth P. Seitz | |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 03, 2023 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Joint Debtor Jessica M McKeel thedebterasers@aol.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8