**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Wesley J McKeel
Jessica M McKeel**
Debtor(s)

Bankruptcy Case No.: 18−70395−JAD

Chapter: 13
Docket No.: 102 − 101

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 28th of August, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/16/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/25/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/16/23.**

                                                                    Jeffery A. Deller
                                                                    United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                 Case No. 18-70395-JAD

Wesley J McKeel                   Chapter 13

Jessica M McKeel

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                                User: auto                                Page 1 of 3

Date Rcvd: Aug 28, 2023                 Form ID: 408                         Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol         Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wesley J McKeel, Jessica M McKeel, 701 Bloom Avenue, Nanty Glo, PA 15943-1005 |
| 14854647 | + | CNAC Finance Co., 7550 Leavitt Road, Amherst, OH 44001-2702 |
| 14854653 | + | Holiday Financial Serv, 300 Walmart Dr Ste 150, Ebensburg, PA 15931-4214 |
| 14883571 | + | Holiday Financial Services, 300 Walmart Drive Suite 150, Ebensburg, PA 15931-4214 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14886165 | + | Email/Text: g20956@att.com | Aug 28 2023 23:39:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14854644 | + | Email/Text: bankruptcynotices@aarons.com | Aug 28 2023 23:39:00 | Aaron's Sales & Lease, Attn: Bankruptcy, Po Box 100039, Kennesaw, GA 30156-9239 |
| 14854645 | + | Email/Text: EBNProcessing@afni.com | Aug 28 2023 23:38:00 | Afni, Attn: Bankruptcy, Po Box 3097, Bloomington, IL 61702-3097 |
| 14855940 | | Email/Text: ally@ebn.phinsolutions.com | Aug 28 2023 23:36:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14854877 | + | Email/Text: bankruptcy@jdbyrider.com | Aug 28 2023 23:39:00 | CNAC, Attn: Bankruptcy Dept., 12802 Hamilton Crossing Blvd., Carmel, IN 46032-5424 |
| 14854646 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2023 00:02:43 | Capital One / Yamaha, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14854648 | + | Email/Text: documentfiling@lciinc.com | Aug 28 2023 23:36:00 | Comcast Cable, 1 Comcast Center, Philadelphia, PA 19103-2899 |
| 14854649 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 28 2023 23:39:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14854650 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 28 2023 23:39:00 | Fingerhut, Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14854651 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 28 2023 23:40:38 | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14854652 | + | Email/Text: bankruptcy@flexshopper.com | Aug 28 2023 23:39:00 | FlexShopper, LLC, 2700 N. Military Trail, Suite 200, Boca Raton, FL 33431-6394 |
| 14884209 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 28 2023 23:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14854654 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 28 2023 23:38:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14884003 | + | Email/Text: ecfbankruptcy@progleasing.com | Aug 28 2023 23:38:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |

Case 18-70395-JAD   Doc 103   Filed 08/30/23   Entered 08/31/23 00:29:23   Desc
Imaged Certificate of Notice   Page 3 of 4

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15035738 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2023 23:37:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14871627 | | Email/PDF: cbp@omf.com | Aug 28 2023 23:40:34 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14854655 | + | Email/PDF: cbp@omf.com | Aug 29 2023 00:01:51 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14891264 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 29 2023 00:01:52 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14854656 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2023 23:37:00 | Pacific Union Financial, 1603 LBJ Freeway, Suite 500, Dallas, TX 75234-6071 |
| 14894067 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2023 23:37:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway Suite 500, Farmers Branch, TX 75234-6071 |
| 14885377 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 28 2023 23:37:00 | Penelec, C/O FirstEnergy/Penelec, 101 Crawford's Corner Rd, Bldg #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 14854657 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 28 2023 23:37:00 | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 14854658 | + | Email/Text: ecfbankruptcy@progleasing.com | Aug 28 2023 23:38:00 | Progressive Leasing, 256 West Data Drive, Draper, UT 84020-2315 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Byrider Finance, LLC d/b/a CNAC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Pacific Union Financial, LLC |
| 14878325 | *+ | FlexShopper, LLC, 2700 N. Military Trail Suite 200, Boca Raton, FL 33431-6394 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2023   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Pacific Union Financial  LLC bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 3 of 3 |
| Date Rcvd: Aug 28, 2023 | Form ID: 408 | Total Noticed: 27 |

Christopher A. DeNardo
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Garry Alan Masterson
    on behalf of Creditor Byrider Finance  LLC d/b/a CNAC pitecf@weltman.com

Kenneth P. Seitz
    on behalf of Joint Debtor Jessica M McKeel thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Debtor Wesley J McKeel thedebterasers@aol.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 8