**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| WESLEY J MCKEEL | Case No.:18-70395 JAD |
| JESSICA M MCKEEL | |
| Debtor(s) | Chapter 13 |
| | |
| Ronda J. Winnecour | Document No.: |
| Chapter 13 Trustee, | |
| Movant | |
| vs. | |
| No Respondents. | |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 25, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/29/2018 and confirmed on 8/24/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 44,710.18 |
| Less Refunds to Debtor | 2,899.62 | |
| TOTAL AMOUNT OF PLAN FUND | | 41,810.56 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 1,957.59 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,457.59 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 0.00 | 28,655.34 | 0.00 | 28,655.34 |
|     Acct: 9701 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 1,357.01 | 1,357.01 | 0.00 | 1,357.01 |
|     Acct: 9701 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 2,758.47 | 2,758.47 | 451.57 | 3,210.04 |
|     Acct: 6100 | | | | |
|   BYRIDER FINANCE LLC  D/B/A CNAC | 1,265.36 | 1,265.36 | 671.11 | 1,936.47 |
|     Acct: 1790 | | | | |
| | | | | 35,158.86 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WESLEY J MCKEEL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WESLEY J MCKEEL | 1,017.71 | 1,017.71 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WESLEY J MCKEEL | 843.43 | 843.43 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WESLEY J MCKEEL | 1,038.48 | 1,038.48 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AARONS SALES & LEASE D/B/A AARONS I | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4747 | | | | |
|   AARONS SALES & LEASE D/B/A AARONS I | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4735 | | | | |
|   AT & T MOBILITY II LLC | 1,375.10 | 59.79 | 0.00 | 59.79 |
|     Acct: 5644 | | | | |
|   COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 4709 | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2729 | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1492 | | | | |
| | FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3685 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1531 | | | | |
| | FLEXSHOPPER LLC | 654.55 | 28.46 | 0.00 | 28.46 |
| | Acct: 153C | | | | |
| | HOLIDAY FINANCIAL SERVICES | 4,525.91 | 196.79 | 0.00 | 196.79 |
| | Acct: 4094 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 1,078.59 | 46.90 | 0.00 | 46.90 |
| | Acct: 0001 | | | | |
| | ONE MAIN FINANCIAL GROUP LLC(*) | 9,818.32 | 426.90 | 0.00 | 426.90 |
| | Acct: 0821 | | | | |
| | ONE MAIN FINANCIAL SERVICES INC(*) | 3,187.23 | 138.58 | 0.00 | 138.58 |
| | Acct: 6334 | | | | |
| | PENELEC/FIRST ENERGY** | 2,065.80 | 89.82 | 0.00 | 89.82 |
| | Acct: 4675 | | | | |
| | NPRTO NORTH-EAST LLC | 1,577.75 | 68.60 | 0.00 | 68.60 |
| | Acct: 6466 | | | | |
| | ALLY FINANCIAL** | 3,179.25 | 138.23 | 0.00 | 138.23 |
| | Acct: 5146 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 1.00 | 0.04 | 0.00 | 0.04 |
| | Acct: 6100 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PADGETT LAW GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 1,194.11 |

TOTAL PAID TO CREDITORS                                                          36,352.97

TOTAL CLAIMED
PRIORITY          0.00
SECURED       5,380.84
UNSECURED    27,463.50

Date: 08/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
WESLEY J MCKEEL
JESSICA M MCKEEL
      Debtor(s)

Ronda J. Winnecour
      Movant
   vs.
No Repondents.

Case No.:18-70395 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70395-JAD |
| Wesley J McKeel | Chapter 13 |
| Jessica M McKeel | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 28, 2023 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wesley J McKeel, Jessica M McKeel, 701 Bloom Avenue, Nanty Glo, PA 15943-1005 |
| 14854647 | + | CNAC Finance Co., 7550 Leavitt Road, Amherst, OH 44001-2702 |
| 14854653 | + | Holiday Financial Serv, 300 Walmart Dr Ste 150, Ebensburg, PA 15931-4214 |
| 14883571 | + | Holiday Financial Services, 300 Walmart Drive Suite 150, Ebensburg, PA 15931-4214 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14886165 | + | Email/Text: g20956@att.com | Aug 28 2023 23:39:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14854644 | + | Email/Text: bankruptcynotices@aarons.com | Aug 28 2023 23:39:00 | Aaron's Sales & Lease, Attn: Bankruptcy, Po Box 100039, Kennesaw, GA 30156-9239 |
| 14854645 | + | Email/Text: EBNProcessing@afni.com | Aug 28 2023 23:38:00 | Afni, Attn: Bankruptcy, Po Box 3097, Bloomington, IL 61702-3097 |
| 14855940 | | Email/Text: ally@ebn.phinsolutions.com | Aug 28 2023 23:36:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14854877 | + | Email/Text: bankruptcy@jdbyrider.com | Aug 28 2023 23:39:00 | CNAC, Attn: Bankruptcy Dept., 12802 Hamilton Crossing Blvd., Carmel, IN 46032-5424 |
| 14854646 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2023 23:41:29 | Capital One / Yamaha, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14854648 | + | Email/Text: documentfiling@lciinc.com | Aug 28 2023 23:36:00 | Comcast Cable, 1 Comcast Center, Philadelphia, PA 19103-2899 |
| 14854649 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 28 2023 23:39:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14854650 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 28 2023 23:39:00 | Fingerhut, Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14854651 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 28 2023 23:41:44 | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14854652 | + | Email/Text: bankruptcy@flexshopper.com | Aug 28 2023 23:39:00 | FlexShopper, LLC, 2700 N. Military Trail, Suite 200, Boca Raton, FL 33431-6394 |
| 14884209 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 28 2023 23:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14854654 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 28 2023 23:38:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14884003 | + | Email/Text: ecfbankruptcy@progleasing.com | Aug 28 2023 23:38:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |

Case 18-70395-JAD    Doc 104    Filed 08/30/23    Entered 08/31/23 00:29:23    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 28, 2023 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15035738 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2023 23:37:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14871627 | | Email/PDF: cbp@omf.com | Aug 28 2023 23:40:34 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14854655 | + | Email/PDF: cbp@omf.com | Aug 29 2023 00:01:59 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14891264 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 29 2023 00:03:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14854656 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2023 23:37:00 | Pacific Union Financial, 1603 LBJ Freeway, Suite 500, Dallas, TX 75234-6071 |
| 14894067 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2023 23:37:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway Suite 500, Farmers Branch, TX 75234-6071 |
| 14885377 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 28 2023 23:37:00 | Penelec, C/O FirstEnergy/Penelec, 101 Crawford's Corner Rd, Bldg #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 14854657 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 28 2023 23:37:00 | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 14854658 | + | Email/Text: ecfbankruptcy@progleasing.com | Aug 28 2023 23:38:00 | Progressive Leasing, 256 West Data Drive, Draper, UT 84020-2315 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Byrider Finance, LLC d/b/a CNAC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Pacific Union Financial, LLC |
| 14878325 | *+ | FlexShopper, LLC, 2700 N. Military Trail Suite 200, Boca Raton, FL 33431-6394 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 30, 2023          Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Pacific Union Financial  LLC bnicholas@kmllawgroup.com |

District/off: 0315-7 | User: auto | Page 3 of 3
Date Rcvd: Aug 28, 2023 | Form ID: pdf900 | Total Noticed: 27

Christopher A. DeNardo
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Garry Alan Masterson
    on behalf of Creditor Byrider Finance  LLC d/b/a CNAC pitecf@weltman.com

Kenneth P. Seitz
    on behalf of Joint Debtor Jessica M McKeel thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Debtor Wesley J McKeel thedebterasers@aol.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 8