**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    WESLEY J MCKEEL
    JESSICA M MCKEEL
           Debtor(s)

    Ronda J. Winnecour
           Movant
         vs.
    No Repondents.

Case No.:18-70395 JAD

Chapter 13

Related to ECF No. 101

**DEFAULT O/E JAD**

ORDER OF COURT

 AND NOW, this  17th  day of  October,  2023,  upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2).  The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3).  To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4).  Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5).  Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6).  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
10/17/23 1:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

JEFFERY A. DELLER          jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                               Case No. 18-70395-JAD

Wesley J McKeel                                                          Chapter 13

Jessica M McKeel

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                          User: auto                                          Page 1 of 3

Date Rcvd: Oct 17, 2023                   Form ID: pdf900                              Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wesley J McKeel, Jessica M McKeel, 701 Bloom Avenue, Nanty Glo, PA 15943-1005 |
| 14854647 | + | CNAC Finance Co., 7550 Leavitt Road, Amherst, OH 44001-2702 |
| 14854653 | + | Holiday Financial Serv, 300 Walmart Dr Ste 150, Ebensburg, PA 15931-4214 |
| 14883571 | + | Holiday Financial Services, 300 Walmart Drive Suite 150, Ebensburg, PA 15931-4214 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14886165 | + | Email/Text: g20956@att.com | Oct 18 2023 00:15:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14854644 | + | Email/Text: bankruptcynotices@aarons.com | Oct 18 2023 00:15:00 | Aaron's Sales & Lease, Attn: Bankruptcy, Po Box 100039, Kennesaw, GA 30156-9239 |
| 14854645 | + | Email/Text: EBNProcessing@afni.com | Oct 18 2023 00:14:00 | Afni, Attn: Bankruptcy, Po Box 3097, Bloomington, IL 61702-3097 |
| 14855940 | | Email/Text: ally@ebn.phinsolutions.com | Oct 18 2023 00:14:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14854877 | + | Email/Text: bankruptcy@jdbyrider.com | Oct 18 2023 00:15:00 | CNAC, Attn: Bankruptcy Dept., 12802 Hamilton Crossing Blvd., Carmel, IN 46032-5424 |
| 14854646 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2023 00:07:54 | Capital One / Yamaha, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14854648 | + | Email/Text: documentfiling@lciinc.com | Oct 18 2023 00:14:00 | Comcast Cable, 1 Comcast Center, Philadelphia, PA 19103-2899 |
| 14854649 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 18 2023 00:15:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14854650 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 18 2023 00:15:00 | Fingerhut, Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14854651 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 18 2023 00:20:19 | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14854652 | + | Email/Text: bankruptcy@flexshopper.com | Oct 18 2023 00:15:00 | FlexShopper, LLC, 2700 N. Military Trail, Suite 200, Boca Raton, FL 33431-6394 |
| 14884209 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 18 2023 00:15:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14854654 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 18 2023 00:15:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14884003 | + | Email/Text: ecfbankruptcy@progleasing.com | Oct 18 2023 00:14:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |

District/off: 0315-7 | User: auto | Page 2 of 3

Date Rcvd: Oct 17, 2023 | Form ID: pdf900 | Total Noticed: 27

| 15035738 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Oct 18 2023 00:14:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14871627 | Email/PDF: cbp@omf.com | | |
| | | Oct 18 2023 00:20:24 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14854655 | + Email/PDF: cbp@omf.com | | |
| | | Oct 18 2023 00:20:34 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14891264 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Oct 18 2023 00:20:40 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14854656 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Oct 18 2023 00:14:00 | Pacific Union Financial, 1603 LBJ Freeway, Suite 500, Dallas, TX 75234-6071 |
| 14894067 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Oct 18 2023 00:14:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway Suite 500, Farmers Branch, TX 75234-6071 |
| 14885377 | + Email/Text: BankruptcyEast@firstenergycorp.com | | |
| | | Oct 18 2023 00:14:00 | Penelec, C/O FirstEnergy/Penelec, 101 Crawford's Corner Rd, Bldg #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 14854657 | + Email/Text: BankruptcyEast@firstenergycorp.com | | |
| | | Oct 18 2023 00:14:00 | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 14854658 | + Email/Text: ecfbankruptcy@progleasing.com | | |
| | | Oct 18 2023 00:14:00 | Progressive Leasing, 256 West Data Drive, Draper, UT 84020-2315 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Byrider Finance, LLC d/b/a CNAC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Pacific Union Financial, LLC |
| 14878325 | *+ | FlexShopper, LLC, 2700 N. Military Trail Suite 200, Boca Raton, FL 33431-6394 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor Pacific Union Financial  LLC bnicholas@kmllawgroup.com |

Christopher A. DeNardo
                        on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Garry Alan Masterson
                        on behalf of Creditor Byrider Finance  LLC d/b/a CNAC pitecf@weltman.com

Kenneth P. Seitz
                        on behalf of Joint Debtor Jessica M McKeel thedebterasers@aol.com

Kenneth P. Seitz
                        on behalf of Debtor Wesley J McKeel thedebterasers@aol.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com


TOTAL: 8