**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Wesley J. McKeel<br>Jessica M. McKeel<br>    **Debtor(s)**<br><br>**NATIONSTAR MORTGAGE LLC**<br>**D/B/A MR. COOPER**<br>    **Movant**<br>  vs.<br><br>**Wesley J. McKeel**<br>**Jessica M. McKeel**<br>    **Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>    **Trustee** | BK NO. 18-70395 JAD<br><br>Chapter 13<br><br>Related to Claim No. 12 |

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 01, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Wesley J. McKeel
701 Bloom Avenue
Nanty Glo, PA 15943

Jessica M. McKeel
701 Bloom Avenue
Nanty Glo, PA 15943

Attorney for Debtor(s)
Kenneth P. Seitz, Esq.
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: June 01, 2022

            **/s/Brian C. Nicholas Esquire**
            Brian C. Nicholas Esquire
            Attorney I.D. 317240
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA 19106
            412-430-3594
            bkgroup@kmllawgroup.com